IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT CAULK, | § | |
| | § | No. 233, 2021 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID Nos. N1705002474 |
| Plaintiff Below, | § | N1705004722 |
| Appellee. | § | |

Submitted: December 3, 2021
Decided: February 2, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record below—which includes both trial counsel's affidavit filed in response to the appellant's allegations of ineffective assistance of counsel and the Superior Court sentencing transcript— we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its June 29, 2021 order denying the appellant's first motion for postconviction relief.[1] Absent plain error, which we do

---

[1] *State v. Caulk*, 2021 WL 2662250 (Del. Super. Ct. June 29, 2021).

not find here, we decline to consider the arguments that the appellant raises for the first time on appeal.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[2] Del. Supr. Ct. R. 8 ("Only questions fairly presented to the trial court may be presented for review; provided, however, that when the interests of justice so require, the Court may consider and determine any question not so presented.").